**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 31, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00181-CV

---

**RODNEY TOW, TRUSTEE FOR THE ESTATE OF PETERSON GROUP, INC., Appellant**

**V.**

**PATEL ERVIN PLLC F/K/A PATEL & WARREN, PLLC AND HIREN PATEL, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-10771**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 21, 2015. On March 25, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.